IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MARY SAYAGO; LEONARDO SAYAGO;
CYNTHIA LEWIS; individually and on behalf
Of all others Similarly Situated                                                      PLAINTIFFS

v.                         Case No. 8:11-cv-02009-MSS-MAP

WELLS FARGO BANK, N.A.                                                            DEFENDANT

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint on November 17, 2011 (Doc. No. 16). Plaintiffs filed a response to this Motion on December 5, 2011 (Doc. No. 26). Since that time, Plaintiffs filed a Notice of Supplemental Authority on July 3, 2012, citing four cases where the district judge denied motions to dismiss claims similar to those raised by Plaintiffs in this case. Since that date, another court has issued an order denying a motion to dismiss. For that reason, Plaintiffs submit the following Notice of Supplemental Authority in opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

In *Walls v. JPMorgan Chase Bank, N.A.*, Case No. 3:11-cv-673, Doc. No. 33 (W.D. Ky.), District Judge John G. Heyburn denied a motion to dismiss filed by JPMorgan Chase Bank, N.A. by order dated July 30, 2012. The *Walls* plaintiff claimed that Chase changed its flood insurance requirements after eleven years and began requiring excessive flood insurance. The *Walls* plaintiff asserted claims for violation of the Truth in Lending Act and breach of contract for wrongs arising out of Chase's excessive flood insurance requirements. Citing discretionary contract language similar to Plaintiffs Mary and Leonardo Sayago's mortgage, District Judge Heyburn denied JPMorgan Chase's motion to dismiss in its entirety. He upheld both Truth in Lending Act and breach of contract claims. A copy of the Court's order is attached as **Exhibit 1**.

1

| | |
|---|---|
| **Dated: August 10, 2012** | Respectfully Submitted |
| | /s/ Alex Owings_____ |
| | Alexander P. Owings |
| | Florida Bar No. 0093797 |
| | **OWINGS LAW FIRM** |
| | 1400 Brookwood Drive |
| | Little Rock, AR 72202 |
| | Telephone: (501) 661-9999 |
| | Fax: (501) 661-8393 |
| | apowings@owingslawfirm.com |
| | |
| | Kevin McLaughlin |
| | Florida Bar No. 0085928 |
| | **WAGNER, VAUGHAN & McLAUGHLIN, P.A.** |
| | 601 Bayshore Boulevard, Suite 910 |
| | Tampa, FL 33606 |
| | Telephone: (813) 225-4000 |
| | Fax: (813) 225-4010 |
| | Kevin@Wagnerlaw.com |
| | |
| | -and- |
| | |
| | Russell D. "Davy" Carter, III (*pro hac vice*) |
| | **CARTER WALKER, PLLC** |
| | Post Office Box 628 |
| | Cabot, AR 72023 |
| | Telephone: (501) 605-1346 |
| | Fax: (501) 605-1348 |
| | dcarter@carterwalkerlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing:

    Michael K. Winston
    E-mail: mwinston@carltonfields.com
    David B. Esau
    E-mail: desau@carltonfields.com

**CARLTON FIELDS, P.A.**
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401

*Attorneys for Defendant Wells Fargo Bank, N.A.*


/s/ Alexander Owings_____